

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA            :        NOTICE OF INTENT TO
                                             FILE AN INFORMATION
         - v -                      :
                                             07 Cr.
ALBERT D. CHANG, JR.,               :

              Defendant.            :

----------------------------------X

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

**08 CRIM 044**

Dated: Washington, D.C.

                    MICHAEL J. GARCIA
                    United States Attorney

      By: _____
           ANDREW J. KAMEROS
           Special Asst. United States Attorney

AGREED AND CONSENTED TO:

      By: _____
           JAMES H. RODIO
           Attorney for Albert D. Chang, Jr.

2901222.1

11/19/07 WHEEL A