

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -  x
                                  :
UNITED STATES OF AMERICA          :
                                  :
          - v. -                  :     INFORMATION
                                  :
ALBERT D. CHANG, JR.,             :     07 Cr. ____
                                  :
               Defendant.         :
                                  :
- - - - - - - - - - - - - - - -  x
```

### COUNT ONE
(Aiding and Assisting in the Preparation and Presentation of False and Fraudulent U.S. Individual Income Tax Returns)

The United States Attorney charges:

### Background

1. At all times relevant to this Information:

(a) Defendant ALBERT D. CHANG, JR. operated a tax return preparation business from a residential building in the Bronx, New York. CHANG, whose business included the preparation of U.S. Individual Income Tax Returns, Forms 1040 (hereinafter "Forms 1040"), and attached Schedules, typically obtained clients for his tax preparation business through word of mouth. Those clients paid tax return preparation fees to CHANG that ranged between $120 and $200 per year.

(b) Individuals report their income, and any attendant tax obligations, on Forms 1040, which must be filed annually with the Internal Revenue Service ("IRS").

(c) IRS Form W-2 ("Wage and Tax Statement"), is a

form prepared by employers that documents wage compensation paid by employers to employees, as well as income and other employment-related taxes withheld from an employee's pay for a given tax year. A taxpayer who receives a Form W-2 from his or her employer is required to file the Form W-2 with the IRS together with the taxpayer's Form 1040, documenting the taxpayer's receipt of wage income for that particular tax year from the employer that issued the W-2.

      (d)   Schedule A ("Itemized Deductions"), an IRS form that is attached to Form 1040 when applicable, must be used by taxpayers to document certain permissible deductions from taxable income to which the taxpayers claim entitlement.  Deductions reported on Schedule A include, among others: medical and dental expenses, gifts to charity, and job-related and other miscellaneous expenses.

      (e)   Schedule C ("Profit or Loss From Business (Sole Proprietorship)"), an IRS form that is attached to Form 1040 when applicable, must be used by taxpayers to report the gross receipts, expenses, and profit or loss from a business operated by the taxpayer as a sole proprietorship.

### Statutory Allegations

      2.   On or about the dates set forth below, in the Southern District of New York and elsewhere, the defendant ALBERT D. CHANG, JR., unlawfully, willfully and knowingly did aid and

2

assist in, and procure, counsel, and advise, the preparation and presentation under, and in connection with matters arising under, the internal revenue laws of United States, Individual Income Tax Returns, Forms 1040, and accompanying schedules, for the taxpayers identified below, which income tax returns were false and fraudulent as to material matters, in that the returns included: (A) Schedules C (Profit or Loss from Business) that claimed losses, in the amounts set forth below, for businesses that did not in fact exist, or for businesses that did not, in truth and fact, experience the losses claimed; (B) Schedules A (Itemized Deductions) that claimed fictitious and/or inflated deductions in the amounts set forth below, and; (C) inflated or fictitious Form W-2 wages and federal income tax withholding, as set forth below, whereas, as the defendant ALBERT D. CHANG, JR., then and there well knew and believed, the said taxpayers had not realized the business losses in the amounts set forth below, were not entitled to claim the said deductions for the said items in the said amounts set forth below, and had not earned the wages or incurred the income tax withholding set forth below:

| APPROXIMATE FILING DATE | TAXPAYER | FORM/ YEAR | MATERIAL MATTER | AMOUNT FALSELY CLAIMED |
|---|---|---|---|---|
| 2/12/04 | Client A and Client B | 1040/ 2003 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $12,838<br><br>$8,247 |

3

| APPROXIMATE FILING DATE | TAXPAYER | FORM/ YEAR | MATERIAL MATTER | AMOUNT FALSELY CLAIMED |
|---|---|---|---|---|
| 2/22/03 | Client A | 1040/ 2002 | Business loss<br><br>Unreimbursed Job/Misc. Expenses | $12,608<br><br>$6,527 |
| 2/11/04 | Client C | 1040/ 2003 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $13,811<br><br>$6,589 |
| 2/13/03 | Client C | 1040/ 2002 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $11,016<br><br>$6,868 |
| 2/25/02 | Client C | 1040/ 2001 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $10,888<br><br>$6,815 |
| 3/15/04 | Client D | 1040/ 2003 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $17,441<br><br>$6,183 |
| 4/9/03 | Client D | 1040/ 2002 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $19,276<br><br>$8,279 |
| 3/2/02 | Client D | 1040/ 2001 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $19,221<br><br>$6,843 |
| 3/15/04 | Client E | 1040/ 2003 | Unreimbursed Job/Misc. Expenses | $14,411 |
| 2/4/04 | Client F | 1040/ 2003 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $21,264<br><br>$9,276 |

| APPROXIMATE FILING DATE | TAXPAYER | FORM/ YEAR | MATERIAL MATTER | AMOUNT FALSELY CLAIMED |
|---|---|---|---|---|
| 1/27/03 | Client F | 1040/ 2002 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $13,694<br><br>$7,101 |
| 2/22/02 | Client F | 1040/ 2001 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $12,748<br><br>$6,630 |
| 2/11/04 | Client G | 1040/ 2003 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $17,119<br><br>$8,332 |
| 1/29/03 | Client G | 1040/ 2002 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $20,753<br><br>$6,679 |
| 2/6/02 | Client G | 1040/ 2001 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $25,557<br><br>$7,715 |
| 2/17/04 | Client H | 1040/ 2003 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $25,020<br><br>$10,903 |
| 2/17/04 | Client I | 1040/ 2003 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses | $32,783<br><br>$7,194 |
| 3/1/04 | Client J | 1040/ 2003 | Business Loss<br><br>Unreimbursed Job/Misc. Expenses<br><br>Wages<br><br>Income Tax Withholding | $34,448<br><br>$8,623<br><br>$62,198<br><br>$11,757 |

| APPROXIMATE FILING DATE | TAXPAYER | FORM/ YEAR | MATERIAL MATTER | AMOUNT FALSELY CLAIMED |
|---|---|---|---|---|
| 2/5/03 | Client J | 1040/ 2002 | Business Loss | $27,763 |
| | | | Unreimbursed Job/Misc. Expenses | $8,427 |
| | | | Wages | $63,530 |
| | | | Income Tax Withholding | $13,467 |
| 2/18/04 | Client K | 1040/ 2003 | Business Loss | $15,074 |
| | | | Unreimbursed Job/Misc. Expenses | $8,336 |
| | | | Wages | $42,894 |
| | | | Income Tax Withholding | $8,815 |
| 1/28/03 | Client K | 1040/ 2002 | Business Loss | $4,994 |
| 2/3/04 | Client L | 1040/ 2003 | Business Loss | $15,145 |
| | | | Unreimbursed Job/Misc. Expenses | $9,170 |
| 1/27/03 | Client L | 1040/ 2002 | Business Loss | $14,875 |
| | | | Unreimbursed Job/Misc. Expenses | $7,607 |
| 1/24/02 | Client L | 1040/ 2001 | Business Loss | $17,121 |
| | | | Unreimbursed Job/Mis. Expenses | $6,374 |
| 2/9/04 | Client M | 1040/ 2003 | Business Loss | $14,814 |
| | | | Unreimbursed Job/Misc. Expenses | $6,560 |

| APPROXIMATE FILING DATE | TAXPAYER | FORM/ YEAR | MATERIAL MATTER | AMOUNT FALSELY CLAIMED |
|---|---|---|---|---|
| 1/31/03 | Client M | 1040/ 2002 | Business Loss | $11,562 |
| | | | Unreimbursed Job/Misc. Expenses | $6,578 |
| | | | Income Tax Withholding | $5,217 |
| 1/28/02 | Client M | 1040/ 2001 | Business Loss | $38,303 |
| | | | Unreimbursed Job/Misc. Expenses | $11,479 |
| | | | Wages | $79,191 |
| | | | Income Tax Withholding | $11,618 |
| 2/24/04 | Client N | 1040/ 2003 | Business Loss | $21,134 |
| | | | Unreimbursed Job/Misc. Expenses | $9,332 |
| | | | Wages | $33,555 |
| | | | Income Tax Withholding | $3,954 |
| 2/6/02 | Client N | 1040/ 2001 | Business Loss | $27,071 |
| | | | Unreimbursed Job/Misc. Expenses | $8,025 |
| | | | Wages | $45,873 |
| | | | Income Tax Withholding | $9,385 |

| APPROXIMATE FILING DATE | TAXPAYER | FORM/ YEAR | MATERIAL MATTER | AMOUNT FALSELY CLAIMED |
|---|---|---|---|---|
| 2/17/04 | Client O | 1040/ 2003 | Unreimbursed Job/Misc. Expenses | $9,222 |
| | | | Wages | $16,424 |
| | | | Income Tax Withholding | $2,247 |

(Title 26, United States Code, Section 7206(2).)

_____
MICHAEL J. GARCIA
UNITED STATES ATTORNEY

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v -

**ALBERT D. CHANG, JR.,**

**Defendant.**

**INFORMATION**

07 Cr.

[26 U.S.C. §7206(2)]

MICHAEL J. GARCIA
United States Attorney.

2901190.1