JUDGE COTE

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA    :

        v.    :

ALBERT D. CHANG, JR.,    :    08 CRIM 044
                                                        No. : 08 CR.

        Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALBERT D. CHANG, JR., the above-named defendant, who is accused of violating Title 26, United States Code, Section 7206(2), having been advised of the nature of the charges and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 5 2008

_____
ALBERT D. CHANG, JR.— Defendant

_____
James Rodio, Esq.
Counsel for Defendant.

Date:  New York, New York
       January 15, 2008