James H. Rodio, Esq.
Christine Tramontano, Esq. (CT 0207)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010

*Attorneys for Defendant Albert Chang, Jr.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | 08-CR-00044 (DLC) |
|---|---|
| Plaintiff, | |
| - against - | **NOTICE OF APPEARANCE** |
| ALBERT CHANG, JR., | |
| Defendant. | |

PLEASE TAKE NOTICE that the firm of Holland & Knight LLP hereby appears in the action on behalf of the Defendant Albert Chang, Jr. and requests that it be served with a copy of all future pleadings, discovery and submissions to the Court.

Dated: New York, New York
        February 21, 2008

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
    James H. Rodio
    Christine Tramontano (CT 0207)

# 5141703_v1