```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA        :      NOTICE OF APPEARANCE

         - v -                  :
                                       08 Cr. 44 (DLC)
ALBERT D. CHANG, JR.,           :

         Defendant.             :

-------------------------------X
```

       Please take notice that Michael P. Ben'Ary, Special Assistant United States Attorney, is entering his appearance as counsel for the Government in the above captioned case.

Dated: March 5, 2008
New York, New York

                        MICHAEL J. GARCIA
                        United States Attorney

               By:   s/Michael P. Ben'Ary
                    MICHAEL P. BEN'ARY
                    Special Asst. United States Attorney
                    (212) 637-2192
                    (202) 514-5150