USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-6-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :    **ORDER**

   - against -                   :    08 Cr. 00044(DLC)

ALBERT D. CHANG, JR.,            :

               Defendant.    :

- - - - - - - - - - - - - - - - - - X

WHEREAS, with the above-captioned defendant's consent, his guilty plea was taken before a Magistrate Judge on January 15, 2008;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered his guilty plea knowingly and voluntarily and that there is a factual basis for the defendant's guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:   New York, New York
~~February~~ , 2008
March 6, 2008

_____
HONORABLE DENISE L. COTE
United States District Judge

3078310.1