# Holland+Knight

Tel 703 720 8600
Fax 703 720 8610

Holland & Knight LLP
1600 Tysons Boulevard, Suite 700
McLean, VA 22102-4867
www.hklaw.com

RECEIVED
APR 0 2 2008
CHAMBERS OF
DENISE COTE

James H. Rodio
703 720 8660
jim.rodio@hklaw.com

April 2, 2008

VIA FACSIMILE: 212 805-7907

Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

Re: United States v. Albert D. Chang, 08 CR 44-01 (DLC)

**MEMO ENDORSED**

Dear Judge Cote:

    Mr. Chang's sentencing is currently scheduled for April 18, 2008. This is the original sentencing date. Mr. Chang would like to submit support letters which will not be available to counsel to timely file Mr. Chang's Sentencing Memorandum. Pursuant to the Court's Rules, the Sentencing Memorandum is due on Friday, April 4, 2008. Mr. Chang requests a two week adjournment of the sentencing date until May 2, 2008, which would allow him until April 18, 2008 to submit his Sentencing Memorandum.

    I attempted to contact the Special Assistant U.S. Attorney Michael P. Ben'Ary to ask his position about this request but he was not available. I spoke to Ms. Rojas and she approved the faxing of this letter.

    Thank you for considering this request.

Very truly yours,

HOLLAND & KNIGHT LLP

*James H. Rodio*

James H. Rodio

# 5242493_v1

*Denied.*

*Denise Cote*
*April 2, 2008*